## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARRY | |
| Plaintiff | |
| | CIVIL ACTION |
| V. | |
| | NO. 1:22-10575-WGY |
| WILLIAM JAMES COLLEGE | |
| Defendant | |

## ORDER OF DISMISSAL

YOUNG, DJ ,

In accordance with the Court's allowance of the defendant's motion to dismiss with prejudice as to federal claims and without prejudice as to state claims on December 8, 2022, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

December 8, 2022  /s/ Jennifer Gaudet
Date  Deputy Clerk